NO. 07-12-00468-CR, 07-12-00469-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
DECEMBER 12, 2012
--------------------------------------------------------------------------------

 
 KEELY MARIE MCCOY, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;
 
 NO. 65,022-D, 65-023-D; HONORABLE DON R. EMERSON, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 ON MOTION TO DISMISS
Appellant, Keely Marie McCoy, filed Notice of Appeal to appeal a judgment convicting her for the offense of delivery of a controlled substance, and sentence of ten years confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant's counsel filed a Motion to Dismiss Appeal on November 30, 2012.
Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained and our mandate will issue forthwith.
 
 Mackey K. Hancock
 Justice

Do not publish.